UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

H. KENNETH LEFOLDT, JR.
                Plaintiff,
v.

LINCOLNSHIRE AMC HOLDINGS, LLC; LINCOLNSHIRE MANAGEMENT, INC.; LINCONSHIRE EQUITY FUND IV LP; LINCOLNSHIRE IV A AMC PASS THROUGH LP; LINCOLNSHIRE EQUITY FUND IV A LP; LINCOLNSHIRE IV A AMC BLOCKER CORP.; LINCOLNSHIRE EQUITY PARTNERS IV LP; AND LINCOLNSHIRE EQUITY IV, LLC
                Defendants.

MISCELLANEOUS CASE NO.:
1:25-mc-00284

## ORDER

Having considered the *Motion to Stay Proceeding* (the "Motion") filed by H. Kenneth Lefoldt, Jr.,

**IT IS ORDERED** that the Motion is **GRANTED** and that the above-captioned matter is stayed.

This __27th__ day of __August__, 2025.

                                              /s/ John G. Koeltl
                                              U.S. District Judge